OSBORNE CADLE, Appellant ▪▪▪

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAULINO CARMONA, Appellant ▪▪▪

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CARMONA, Appellant ▪▪▪

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.

■ In the Matter of GEORGE D. ROSENBAUM, Respondent-Appellant, v MANGIATORDI, CORPINA AND CAVALLO, Appellant-Respondent, et al., Respondent ▪▪▪ No opinion. Concur—Sandler, J. P., Sullivan, Carro, Rosenberger and Wallach, JJ.

■ GOLDHEART INTERNATIONAL LTD., et al., Respondents, v VULCAN CONSTRUCTION CORP. et al., Defendants, and JEWELERS PROTECTION SERVICE, LTD., Appellant ▪▪▪